# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - GENERAL

Case No. __3:07-CR-77__     At __Knoxville, TN__     Date __August 3, 2007__

U.S.A. vs. __JOHN L. SYMONDS__

**PRESENT: HONORABLE H. BRUCE GUYTON, United States Magistrate Judge**

| Janet M. Jackson | Netta Kocuba | F. M. Hamilton, III |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Anthony A. Joseph | Adrienne Simpson-Brown |
|---|---|
| **Attorney for Defendant** | **Probation Officer** |

**OTHERS PRESENT:**

[X] Initial Appearance/Arraignment     [] Detention hearing   [] Removal hearing
[] Pretrial conference     [] Motion hearing     [] Bond hearing
[] Preliminary hearing     [] Probation hearing   [] Other
[] Defendant(s) advised of rights; charges and penalties
[] Financial affidavit executed
[] Ordered attorney be appointed under Criminal Justice Act

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT** -- The Court advises the defendant of his rights, the charges against him and the applicable penalties. Defendant pleads not guilty to the pending charges. The govt does not oppose the defendant being placed on OR bond/conditions of release. Conditions of Release are executed and will be filed.

[] Bond denied     [] Bond set at [] surety/non-surety
[X] Defendant released on bond/conditions
[] Defendant remanded to custody of US Marshal

Time 1:30  to  1:47