TONY V. ANDERSON
CHIEF PROBATION OFFICER
800 MARKET STREET, ROOM 311
KNOXVILLE, TN 37902
COMM: (865) 545-4001
FAX: (865) 545-4003

UNITED STATES DISTRICT COURT
OFFICE OF THE PROBATION OFFICER
EASTERN DISTRICT OF TENNESSEE

U.S. PROBATION OFFICE
P. O. BOX 430
CHATTANOOGA, TN 37401
COMM: (423) 752-5193
FAX: (423) 752-5274

U.S. PROBATION OFFICE
220 WEST DEPOT STREET, SUITE 338
GREENEVILLE, TN 37743
COMM: (423) 638-8121
FAX: (423) 638-7437

# MEMORANDUM

**TO:** The Honorable Thomas W. Phillips
United States District Judge

**FROM:** Adrienne Simpson-Brown
United States Probation Officer

**RE:** **John L. Symonds**
**Docket No. 3:07-CR-77-001**
**Request for International Travel**

**DATE:** January 9, 2008

---

On December 18, 2007, the above named offender was sentenced by this Court to two years probation after having pled guilty to one count of Making False and Fictitious Statements. Mr. Symonds was also ordered to pay a $5,000 fine and a $100 special assessment fee, both of which have been paid in full. Mr. Symonds resides in Florence, Alabama, and is being supervised by United States Probation Officer John Gurley. Mr. Gurley advised this officer on January 7, 2008, of Mr. Symonds' request to travel internationally to Cape Town, South Africa, for business purposes. Specifically, Mr. Symonds is a consultant on a project requiring Mr. Symonds' expertise to explain the company's understanding of a technological design to potential investors. Mr. Symonds advised he may need to travel in the future on at least two or more occasions to the same location, for at least a week at a time.

Based on Mr. Symonds' pretrial supervision performance and his excellent cooperation, Mr. Gurley does not oppose Mr. Symonds' travel to South Africa. The United States advised it does not oppose such travel and this officer also has no opposition to Mr. Symonds' request to travel to South Africa for business purposes.

Please advise this office of the Court's preference in this matter.

_✓_ Agree with Officer's Recommendation for International Travel

_____ Disagree with Officer's Recommendation for International Travel

*Thomas W. Phillips*
The Honorable Thomas W. Phillips
United States District Judge